IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CR-00106-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| NICHOLAS BANISTER | |

Before the Court is Defendant's motion to seal Docket Entry Number 70 and its accompanying attachments pursuant to Local Criminal Rule 55.2.

For the reasons stated in Defendant's motion, the Court finds good cause exists. Accordingly, the motion is ALLOWED and Docket Entry Number 70 and its accompanying attachments shall be filed under seal.

SO ORDERED. This __4__ day of February 2026.

                                                                                James C. Dever III
                                                                                United States District Judge