# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

#### NO. 5:25-CR-00106-D-1
#### 5:25-CR-00106-D-2

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| NICHOLAS BANISTER | : |
| AMANDA LEE BANISTER | : |

## ORDER

The court holds in abeyance Wake County North Carolina Tax Collector's petition for preservation of tax lien [DE 97, DE 98], in light of the government's response thereto confirming that said lien will be paid upon sale of the real property at issue, specifically, 1516 Long Cove Court, Raleigh, North Carolina [DE 100].

The government is DIRECTED to notify the court within seven days of its payment of the lien, at which time the clerk, without further order of the court, shall terminate the petition as moot.

SO ORDERED, this the **24** day of __June__, 2026.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE